UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-112 |
| Plaintiff, | JUDGE Marbley |
| v. | INFORMATION |
| JOSE CARMELO SANTIAGO, | 8 U.S.C. § 1325(a)(2) |
| Defendant. | MISDEMEANOR |

FILED
RICHARD W. NAGEL
CLERK OF COURT

JUN 27 2025 2:49 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
(Avoidance of Examination or Inspection by Alien)

Beginning on a date unknown to the United States, and continuing thereafter, up to and including June 1, 2025, in the Southern District of Ohio and elsewhere, the defendant, **JOSE CARMELO SANTIAGO**, an alien, did knowingly elude examination and inspection by immigration officers.

In violation of 8 U.S.C. § 1325(a)(2).

KELLY A. NORRIS
Acting United States Attorney

TYLER J. AAGARD (NC 54735)
Assistant United States Attorney